### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Dynamic Aerostructures LLC, *et al.*, | Case No. 25-10292 (LSS) |
| Debtors.[1] | (Jointly Administered) |

### SCHEDULES OF ASSETS AND LIABILITIES FOR
### FORREST MACHINING LLC (CASE NO. 25-10294)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Dynamic Aerostructures LLC (3076); Dynamic Aerostructures Intermediate LLC (9800); and Forrest Machining LLC (3421). The Debtors' service address is 27756 Avenue Mentry, Valencia, California 91355.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Dynamic Aerostructures LLC, *et al.*,[1] | Case No. 25-10292 (LSS) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES, METHODOLOGY, DISCLAIMERS, AND
SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## INTRODUCTION

The above captioned Debtors and debtors in possession (together, the "**Debtors**")[2] in the above-captioned chapter 11 cases, with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**" and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and rules 1007-1 and 1007-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**").

On February 26, 2025 (the "**Petition Date**"), the Debtors each commenced with the Court a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On March 11, 2025, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") issued a statement stating no Official Committee of Unsecured Creditors has been appointed due to insufficient response to the United States Trustee communication/contact for service on the committee. No trustee or examiner has been appointed in the chapter 11 cases.

These Global Notes, Methodology, Disclaimers and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global**

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Dynamic Aerostructures LLC (3076); Dynamic Aerostructures Intermediate LLC (9800); and Forrest Machining LLC (3421). The Debtors' service address is 27756 Avenue Mentry, Valencia, California 91355.

[2]  Capitalized terms used but not otherwise defined herein shall the meanings ascribed to such terms in the *Declaration of Eric N. Ellis in Support of Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 2].

**Notes**") pertain to, are incorporated by reference in and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. The Debtors, and their officers, employees, agents, attorneys, and financial advisors, do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or recategorized. The Debtors, on behalf of themselves, their officers, employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto. The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1.    **Reservation of Rights**. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or the Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated"; or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not in fact "disputed," "contingent" or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or

against any of the Debtors.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.  Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim pursuant to section 502 of the Bankruptcy Code or how such obligations may be classified or characterized in a plan of reorganization or by the Bankruptcy Court.

2.      **Description of Cases and "as of" Information Date**.  On the Petition Date, the Debtors each commenced with the Court a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the chapter 11 cases.

The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on February 25, 2025, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on the Petition Date.

3.      **Basis of Presentation**.  Except as otherwise noted herein or in the Schedules and Statements, the Schedules and Statements are intended to reflect the separate assets and liabilities for each of the Debtors.  For financial reporting purposes, prior to the Petition Date, the Debtors historically prepared financial statements.  These Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to reconcile to the financial statements previously distributed to lenders, major creditors, or various equity holders on an intermittent basis. Unlike the GAAP basis financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

4. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets as of the Petition Date. Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the period ended February 25, 2025, as set forth in the Debtors' books and records. Additionally, because the book value of certain assets, such as fixed assets, intangible assets, etc., may materially differ from their fair market value, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

5. **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated (including as "disputed," "contingent," "unliquidated," and "subject to set-off"), or omitted certain items or designations due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

6. **Real Property and Personal Property—Leased**. In the ordinary course of their businesses, the Debtors lease real or other property, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have included on **Schedule D** secured obligations to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

7. **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods, subject to the methodology in these Global Notes, based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code.

The Debtors have excluded certain categories of assets, accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued balances, deferred gains,

and other contingent liabilities.  In addition, certain immaterial assets and liabilities may have been excluded.

The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected after the Petition Date, to the extent such damage claims may exist.  In addition, certain immaterial assets and liabilities may have been excluded.

8.  **Insiders**.  Entities or individuals listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities or individuals are insiders for purposes of section 101(31) of the Bankruptcy Code.  Such entities or individuals may no longer serve in such capacities.  In the interest of additional disclosure, the Debtors may also have included certain entities or individuals who may have officer titles in their responses to **Statements, Part 13, Question 28**.

The listing of a party as an insider for purposes for the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements have been included for informational purpose only and such information may not be used for purposes of determining control of the Debtors, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtors, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purposes.

9.  **Intellectual Property Rights**.  The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor, or vice versa.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

10.  **Executory Contracts and Unexpired Leases**.  Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in **Schedule A/B 55**, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules

and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases, with the exception of confidentiality and non-disclosure agreements, have been set forth in **Schedule G**.

11.    **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment, any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

12.    **Payment of Prepetition Claims Pursuant to First Day Orders**. The Debtors have authority to pay certain outstanding prepetition claims pursuant to Bankruptcy Court order, including, but not limited to, order the Bankruptcy Court entered within the first days of the Debtors' chapter 11 cases authorizing the Debtors to pay certain prepetition amounts (collectively, the "**First Day Orders**"). As such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on prepetition claims. To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

13.    **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

     a    <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

     b    <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c    <u>Liens</u>.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14.    **<u>Estimates and Assumptions</u>**.  Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual amounts could differ from those estimates, perhaps materially.

15.    **<u>Currency</u>**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

16.    **<u>Consolidated Entity Accounts Payable and Disbursement Systems</u>**.  As described in the Cash Management Motion,[3] the Debtors utilize an integrated, centralized cash management system, in the ordinary course of business, to collect, concentrate, and disburse funds generated by their operations (the "**Cash Management System**").  The Debtors maintain a consolidated disbursements system to pay operating and administrative expenses through disbursement accounts.  Unless otherwise noted, the Debtors have reported the aggregate net balances among the Debtors as assets on **<u>Schedule A/B</u>** and as liabilities on **<u>Schedule E/F</u>**, respectively.  The listing in the Schedules or Statements (including, without limitation, **<u>Schedule A/B</u>** or **<u>Schedule E/F</u>**) by the Debtors of any obligation between one Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified or characterized in a plan of reorganization or by the Bankruptcy Court.

17.    **<u>Guarantees and Other Secondary Liability Claims</u>**.  The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, secured financings, and other such agreements.  Where guarantees have been identified, they have been included in **<u>Schedule H</u>** for the affected Debtor(s).  The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue their review of their books and records and contractual agreements.  The Debtors reserve their rights to amend the Schedules and Statements if additional guarantees are identified.

18.    **<u>Setoffs</u>**.  The Debtors incur certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers or customers.  These offsets, and other similar rights, are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets in the ordinary course of business are not independently accounted for, and as such, may be excluded from the Schedules and Statements.

---

[3]  "**Cash Management Motion**" means the Debtors' motion seeking interim and final authority to continue the Debtors' cash management system [Docket No. 12].

19.    **Global Notes Control**.  If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

**SPECIFIC DISCLOSURES WITH RESPECT TO THE SCHEDULES**

1.    **Schedule A/B**.  Other than real property leases reported on **Schedule A/B 55**, the Debtors have not included unexpired leases and executory contracts on **Schedule A/B**.  Unexpired leases and executory contracts are listed on **Schedule G**.

2.    **Schedule A/B 3**.  Cash values held in financial accounts are listed on **Schedule A/B 3** as of the close of business on the Petition Date.  Details with respect to the Debtors' cash management system and bank accounts are provided in the Cash Management Motion.

3.    **Schedules A/B 15**.  Each Debtor's **Schedule A/B** includes its ownership interest, if any, in any subsidiaries.  In general, the value of such interest is dependent upon the calculated value of the underlying subsidiaries' equity and profits and losses over time.  Because the Debtors did not undertake a historical analysis to assign values to the subsidiary stock, the value of the interest in subsidiaries is listed as "undetermined."

4.    **Schedules A/B 19-22.** The amounts set forth for these schedules reflect book value of the listed assets. The Debtors perform periodic cycle counts of inventory in lieu of full physical inventories.

5.    **Schedule A/B 72.** While the Debtors believe they have significant net operating loss carry forwards ("NOLs"), the Debtors have not included NOLs in their Schedules and Statements due to the difficulty in quantifying and allocating the NOLs by Debtor as of the Petition Date.

6.    **Schedule A/B 73.** The Debtors' insurance policies are listed in **Schedule A/B 73** with an undetermined value.  In the event a Debtor prepaid for insurance, that amount is included in **Schedule A/B 8**.

7.    **Schedule D**.  The Debtors have not included on **Schedule D** parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or statutory lien rights.

8.    **Schedule E/F**.  The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on **Schedule E/F**, based upon the Debtors' books and records as of the Petition Date. The balances on **Schedule E/F** do not account for post-petition payments made at the time these notes were submitted, agreements between the Debtors and any counterparties or any first day motion payments. For the avoidance of doubt, balances reflect no payments made on account of any prepetition claims and reflect balances as of February 25, 2025 per the Company's books and records. These amounts are subject to change pending further reconciliation.

Determining the date upon which each Claim on **Schedule E/F** was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on **Schedule E/F**.

8

Any information contained in **Schedule E/F** with respect to potential litigation shall not be a binding admission or representation of any Debtor's liability with respect to any of the potential suits and proceedings included therein.

Real estate taxes and certain other contingent accrued liabilities not reasonably estimated may have been excluded from **Schedule E/F**.

**Schedule E/F** reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid (subject to an order of the Bankruptcy Court) in connection with the assumption of executory contracts or unexpired leases. Additionally, **Schedule E/F** does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected, except where a judgment has been rendered.

9.    **Schedule G**. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts, or where such information may constitute confidential or personally identifiable information. Listing or omitting a contract or agreement on **Schedule G** does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease that was in effect on the Petition Date or is valid or enforceable. Certain of the leases and contracts listed on **Schedule G** may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on **Schedule G**.

Confidentiality and non-disclosure agreements may not be listed on **Schedule G**.

Certain of the contracts and agreements listed on **Schedule G** may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on **Schedule G** or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on **Schedule G**. Multiple listings may not reflect distinct contracts between the applicable Debtor and such supplier or provider but, instead, a series of documents comprising a single contract. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on **Schedule G** may have expired or terminated prior to the Petition Date. The Debtors reserve their rights to argue that any of the contracts, agreements, and leases listed on **Schedule G** expired or terminated prior to the Petition Date. Additionally, some of the contracts, agreements, and leases listed on **Schedule G** may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on **Schedule G**, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements,

attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements, and confidentiality agreements.  Such documents may not be set forth on **Schedule G**.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Executory agreements that are oral in nature have not been included on **Schedule G**.

10.    **Schedule H**.  The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties.  Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims may not have been set forth individually on **Schedule H**.  All material litigation matters are listed under **Statement 7**, as applicable.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE STATEMENTS

11.    **Statements 1 & 2**.  The revenue amounts shown in response to this question are net of returns and allowances, coupons, discounts and shipping and handling. The amounts shown in response to these questions reflect third party revenue.

12.    **Statement 3**.  The amounts listed in **Statement 3** reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on **Statement 3**.  In addition, for the sake of completeness and out of an abundance of caution, the Debtors may have listed transfers valued at less than $7,575 in their response to **Statement 3**.

13.    **Statement 4**.  The Debtors reserve all rights to dispute whether someone identified in response to **Statement 4** is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.  With respect to individuals, the amounts listed reflect the universe of payments and transfers made specifically to or for the benefit of such individuals, including their regular compensation, as well as any bonuses, expense reimbursements, severance payments or relocation reimbursement.  However, amounts paid on behalf of such employees for generally applicable employee benefit programs have not been included. Pursuant to the Debtors' cash management system, payments made to various parties may be made from a single Debtor on behalf of one or more Debtor entities.  The Debtors have only listed the Debtor entity that disbursed the payment.

In addition, for the sake of completeness and out of an abundance of caution, the Debtors have listed transfers valued at less than $7,575 in their response to **Statement 4**.

14.    **Statement 6**.  The Debtors may incur setoffs resulting from the ordinary course of business with their counterparties.  Such setoffs are consistent with the ordinary course practices in the Debtors' industry.  Additionally, it would be overly burdensome and costly for the Debtors to list all such normal setoffs.  Therefore, **Statement 6** excludes such setoffs.

15.    **Statement 7**.  The Debtors have used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtors were involved in any capacity within one year before the Petition Date. The Debtors reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings. The Debtors are working with their insurance carriers to obtain details relating to workers' compensation, auto and general liability claims and, if necessary, will supplement the Statement when received.

16.    **Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.  Given the scale of the Debtors' operations, certain losses, including those attributable to theft, are unable to be tracked by the Debtors with complete accuracy, and accordingly, such losses have not been listed on the Statements.

17.    **Statement 11**.  All disbursements listed in **Statement 11** were initiated and disbursed by Forrest Machining LLC but were for the benefit of all Debtors.  Such payments have been listed only at this entity and not duplicated across all Debtors.

18.    **Statement 26d**.  Over the past two years, the Debtors have provided their financial statements via physical and electronic mail to various parties in the ordinary course of business, including current or potential secured lenders, government entities, shareholders, customers, and other interested parties. Professionals retained by the Debtors prior to the Petition Date also ran a comprehensive marketing and sale process and disclosed substantial financial information to numerous interested parties. Parties provided with historical financial information as part of the Debtors' marketing and sale process have not been listed on Statement 26(d). Recipients of financial information generally received consolidated accounts for the Debtors.

19.    **Statement 28**.  For purposes of **Statement 28**, the Debtors' officers, directors, and sole shareholder and members or other individuals in control of the Debtors have been included.

20.    **Statement 30**.  All known disbursements to "insiders" of the Debtors, as discussed above, have been listed in the response to **Statement 4**.

**Fill in this information to identify the case:**

Debtor Name: In re : Forrest Machining LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10294 (LSS)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from *Schedule A/B* ..................................................................................... | $    Undetermined

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B* ................................................................................. | $    33,687,599.06

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B* ................................................................................... | $    33,687,599.06

## Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ..................... | $    54,734,826.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................ | $    0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ................................ | + $    4,706,720.10

4. **Total liabilities**

    Lines 2 + 3a + 3b ................................................................................................. | $    59,441,546.10

**Fill in this information to identify the case:**

Debtor Name: In re : Forrest Machining LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10294 (LSS)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|

2. **Cash on hand**

   2.1  None    $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1  Bank of America | Business Checking | 3082 | $    229,315.76 |
   | 3.2  BMO Harris Bank N.A. | Corporate Checking | 5755 | $    225,378.21 |

4. **Other cash equivalents** *(Identify all)*

   4.1  None    $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $    454,693.97

Debtor:  Forrest Machining LLC                                    Case number *(if known)*:  25-10294
         _____
         Name

---

| **Part 2:** | **Deposits and prepayments** |

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1  None                                                               $ _____

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  See Schedule A/B 8 Attachment                                     $          136,781.23

9.  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                      $          136,781.23

| Debtor: | Forrest Machining LLC | | Case number *(if known)* | 25-10294 |
| | Name | | | |

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | Accounts Receivable | $ | 2,065,440.51 | - $ | 0.00 | =.....➜ | $ | 2,065,440.51 |
| 11b. | Over 90 days old: | Accounts Receivable | $ | 136,025.41 | - $ | 0.00 | =.....➜ | $ | 136,025.41 |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| $ | 2,201,465.92 |

**Schedule A/B: Assets - Real and Personal Property**

| Debtor: | Forrest Machining LLC | | Case number *(if known)* | 25-10294 |
| --- | --- | --- | --- | --- |
| | Name | | | |

## Part 4:    Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| 14.1 | Prudential Financial Inc | Closing market price per share ($111.10) on 2/25/25 multiplied by number of shares (145.00) | $                16,109.50 |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
| --- | --- | --- | --- |
| 15.1  None | | $ | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

| Describe: | | |
| --- | --- | --- |
| 16.1  None | | $ |

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$                16,109.50

Debtor:  Forrest Machining LLC

Name

Case number *(if known)*    25-10294

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☐ No. Go to Part 6.
    - ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 Raw materials | 2/25/2025 | $ 1,257,909.97 | Net Book Value | $ 1,257,909.97 |
| **20. Work in progress** | | | | |
| 20.1 Work in progress | 2/25/2025 | $ 11,411,528.10 | Net Book Value | $ 11,411,528.10 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Finished goods, including manufactured details and purchased details | 2/25/2025 | $ 3,861,842.69 | Net Book Value | $ 3,861,842.69 |
| **22. Other inventory or supplies** | | | | |
| 22.1 Other inventory accounts (reserve adjustment) | 2/25/2025 | $ (321,063.70) | Net Book Value | $ (321,063.70) |

23. **Total of Part 5.**
    Add lines 19 through 22. Copy the total to line 84.

    $ 16,210,217.06

24. **Is any of the property listed in Part 5 perishable?**
    - ☒ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☒ Yes.

    Description  Materials for manufacturin g    Book value $ 133,243.33    Valuation method  Net Book Value    Current value  $ 133,243.33

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

Debtor: Forrest Machining LLC

_____
Name

Case number *(if known):* 25-10294

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Description_____  Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor: Forrest Machining LLC
Name

Case number *(if known)*: 25-10294

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1 None | $ | | $ |
| 40. **Office fixtures** | | | |
| 40.1 None | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Office equipment, computers | $ 0.00 | | $ Undetermined |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ Undetermined

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Forrest Machining LLC
_____
Name

Case number *(if known)*: 25-10294

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Total automobiles, trucks, forklifts | $ 78,539.12 | Net Book Value | $ 78,539.12 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 Includes machinery & equipment and leasehold improvements | $ 14,589,792.26 | Net Book Value | $ 14,589,792.26 |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $ 14,668,331.38

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor: Forrest Machining LLC
_____
        Name

Case number *(if known):* 25-10294

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐  No. Go to Part 10.

☑  Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |
| 55.1  Manufacturing site, 27756 Ave Mentry, Santa Clarita, CA 91355 | Leasehold | $            0.00 | | $    Undetermined |
| 55.2  Manufacturing site, 27712 Ave Mentry, Santa Clarita, CA 91355 | Leasehold | $            0.00 | | $    Undetermined |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$    Undetermined

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐  No

☑  Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑  No

☐  Yes

Debtor: Forrest Machining LLC
_____
Name

Case number *(if known)*: 25-10294

---

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 None | $ | | $ |
| 61. **Internet domain names and websites** | | | |
| 61.1 See Schedule A/B 61 Attachments | $           0.00 | | $     Undetermined |
| 62. **Licenses, franchises, and royalties** | | | |
| 62.1 None | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 None | $ | | $ |
| 64. **Other intangibles, or intellectual property** | | | |
| 64.1 None | $ | | $ |
| 65. **Goodwill** | | | |
| 65.1 None | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| $     Undetermined |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor: Forrest Machining LLC

Name

Case number *(if known)*: 25-10294

---

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)    Total face amount    doubtful or uncollectible accounts

71.1 None    $ _____ - $ _____ =..... ➔ $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 None    Tax year    $ _____

73. **Interests in insurance policies or annuities**

73.1 See Schedule A/B 73 Attachment    $    Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 None    $ _____

**Nature of claim** _____

**Amount requested** $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None    $ _____

**Nature of claim** _____

**Amount requested** $ _____

76. **Trusts, equitable or future interests in property**

76.1 None    $ _____

77. **Other property of any kind not already listed**  *Examples*: Season tickets, country club membership

77.1 None    $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $    Undetermined

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor:   Forrest Machining LLC
          _____          Case number *(if known)*:   25-10294
          Name

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ | 454,693.97 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | 136,781.23 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ | 2,201,465.92 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | 16,109.50 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | 16,210,217.06 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | 14,668,331.38 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................➔ | | | $   Undetermined |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ | 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column..............................91a. | $ | 33,687,599.06 | + 91b. $   Undetermined |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................................................. | | | $   33,687,599.06 |

**Fill in this information to identify the case:**

Debtor Name: In re : Forrest Machining LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10294 (LSS)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1 Creditor's name**

BMO Harris Bank N.A., as admin agent
Creditor's Name

**Creditor's mailing address**

Notice Name
111 W. Monroe St
Street

| Chicago | IL | 60603 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   7/30/2021

**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Substantially all of the Debtor's assets     $ 54,734,826.00   $ Undetermined

**Describe the lien**

Loan and Security Agreement

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor: | Forrest Machining LLC | | Case number *(if known)* | 25-10294 |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|

2.2 **Creditor's name**

Dell Financial Services

Creditor's Name

**Creditor's mailing address**

Notice Name

Mail Stop-Ps2Df-23

Street

One Dell Way

| Round Rock | TX | 78682 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**       2/24/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

---

**Describe debtor's property that is subject to a lien**

As descrived in CA UCC U220167467434          $   Undetermined   $   Undetermined

**Describe the lien**

CA UCC U220167467434

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor:  Forrest Machining LLC

Name

Case number *(if known)*    25-10294

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

2.3 **Creditor's name**

Leaf Capital Funding, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

2005 Market Street

Street

14th Floor

Philadelphia      PA         19103

City          State        ZIP Code

Country

**Creditor's email address, if known**

**Date debt was incurred**      8/30/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒  No
☐  Yes. Have you already specified the relative priority?

☐  No. Specify each creditor, including this creditor, and its relative priority.

☐  Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As described in CA UCC U240068726324      $    Undetermined    $    Undetermined

**Describe the lien**

CA UCC U240068726324

**Is the creditor an insider or related party?**

☒  No
☐  Yes

**Is anyone else liable on this claim?**

☒  No
☐  Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐  Contingent
☐  Unliquidated
☐  Disputed

Debtor:  Forrest Machining LLC

Name                                                    Case number *(if known)*    25-10294

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.4 **Creditor's name**

Mitsubishi HC Capital America

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 128

Street

| Itasca | IL | 60143 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    10/31/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒  No
☐  Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As described in CA UCC U230077198434          $    Undetermined    $    Undetermined

**Describe the lien**

CA UCC U230077198434

**Is the creditor an insider or related party?**

☒  No
☐  Yes

**Is anyone else liable on this claim?**

☒  No
☐  Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐  Contingent
☐  Unliquidated
☐  Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $    54,734,826.00

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Global Finance Group, inc. | Line 2.3 | |
| Name | | |
| | | |
| Notice Name | | |
| 2424 SE Bristol St. | | |
| Street | | |
| Suite 28 | | |
| | | |
| Newport Beach          CA          92660 | | |
| City          State          ZIP Code | | |
| | | |
| Country | | |

**Fill in this information to identify the case:**

Debtor Name: In re : Forrest Machining LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10294 (LSS)

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☑ No. Go to Part 2.

   ☐ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|
| 2.1 **Priority creditor's name and mailing address** <br><br> As of the petition filing date, the claim is: <br> *Check all that apply.* | $ | $ |

**Creditor Name**

**Creditor's Notice name**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Address**

**Basis for the claim:**

**City**     **State**     **ZIP Code**

**Country**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

☐ Yes

<table>
<tr><td style="background:black; color:white"><strong>Part 2:</strong></td><td><strong>List All Creditors with NONPRIORITY Unsecured Claims</strong></td></tr>
</table>

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

3.1 **Nonpriority creditor's name and mailing address**

194 CONSULTING SOLUTIONS
Creditor Name

Paul Scogin
Creditor's Notice name

3276 Highway 330
Address

| Stratham | GA | 30666 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $              18,637.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.2 **Nonpriority creditor's name and mailing address**

A & A AEROSPACE INC
Creditor Name

Chilo Torres
Creditor's Notice name

13649 Pumice Street
Address

| Santa Fe Springs | CA | 90670 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $              36,555.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Forrest Machining LLC

Case number (if known): 25-10294

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | 6,233.92 |

**Nonpriority creditor's name and mailing address**

A-A-A PLATING & INSPECT INC
Creditor Name

Brenda Carrillo
Creditor's Notice name

P.O. Box 9081
Address

424 Dixon Street

| Compton | CA | 90222-9081 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $    6,233.92
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.4 **Nonpriority creditor's name and mailing address**

ABRASIVE FINISHING COMPANY
Creditor Name

Blanca Torres
Creditor's Notice name

14920 S. Main Street
Address

| Gardena | CA | 90248 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $    2,238.98
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 3 of 80

| Debtor: | Forrest Machining LLC | | Case number *(if known)*: | 25-10294 |

Name

**3.5 Nonpriority creditor's name and mailing address**

ACE PAPER
Creditor Name

Creditor's Notice name

2835 E Washington Blvd
Address

| Los Angeles | CA | 90023 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    2,784.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☒ No

☐ Yes

**3.6 Nonpriority creditor's name and mailing address**

ACHIEVE MARKETING GROUP
Creditor Name

Creditor's Notice name

14358 Magnolia Blvd
Address

| Sherman Oaks | CA | 91423 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    3,319.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☒ No

☐ Yes

Debtor: Forrest Machining LLC

Case number *(if known)*  25-10294

| | |
|---|---|
| **3.7** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $  45,292.25 |
| ADEPT FASTENERS | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Alton Herrera | ☐ Disputed |
| Creditor's Notice name | **Basis for the claim:** |
| | Trade Payable |
| 27949 Hancock Parkway | |
| Address | |

| City | State | ZIP Code |
|---|---|---|
| Valencia | CA | 91355 |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.8** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $  29,528.66 |
| AIRCRAFT CRATING | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Roy | ☐ Disputed |
| Creditor's Notice name | **Basis for the claim:** |
| | Trade Payable |
| 12355 Gladstone Ave | |
| Address | |

| City | State | ZIP Code |
|---|---|---|
| Sylmar | CA | 91345 |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   Forrest Machining LLC
_____
Name

Case number *(if known)*:  25-10294
_____

3.9  **Nonpriority creditor's name and mailing address**

AIRGAS - WEST
_____
Creditor Name

_____
Creditor's Notice name

259 North Radnor-Chester Road
_____
Address

Suite 100
_____

_____

| Radnor | PA | 19087 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           3,040.62
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable
_____

**Is the claim subject to offset?**

☒   No

☐   Yes

3.10  **Nonpriority creditor's name and mailing address**

ALLTECH PRECISION MANUFACTURIN
_____
Creditor Name

Leon Ruther
_____
Creditor's Notice name

28351 Constellation Road
_____
Address

_____

| Valencia | CA | 91355 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           6,198.50
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable
_____

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: Forrest Machining LLC

Case number *(if known)*: 25-10294

---

**3.11 Nonpriority creditor's name and mailing address**

AM CASTLE AND CO WEST
Creditor Name

Nancy Villasenor
Creditor's Notice name

Dept 710080
Address

P.O. Box 514670

| Los Angeles | CA | 90051-4670 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 777.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.12 Nonpriority creditor's name and mailing address**

AMAZON.COM
Creditor Name

Creditor's Notice name

410 Terry Ave. North
Address

| Seattle | WA | 98109-5210 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,383.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor:  Forrest Machining LLC

Case number *(if known)*:  25-10294

**3.13 Nonpriority creditor's name and mailing address**

AMERICAN FIBER & FINISHING
Creditor Name

Creditor's Notice name

225 N Depot St
Address

| Albemarle | NC | 28001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    2,522.90
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.14 Nonpriority creditor's name and mailing address**

AMERICAN FIDELITY
Creditor Name

Patricia Salce
Creditor's Notice name

9000 Cameron Parkway
Address

| Oklahoma City | OK | 73114 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    18,294.45
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Insurance Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:   Forrest Machining LLC

Case number *(if known)*:   25-10294
_____

**3.15** **Nonpriority creditor's name and mailing address**

AMERICAN ROTARY TOOLS CO
Creditor Name

Andrew
Creditor's Notice name

250 West Duarte Road #E
Address

| Monrovia | CA | 91016-7464 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                836.40
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.16** **Nonpriority creditor's name and mailing address**

AMI METALS INC
Creditor Name

Diane Rackliffe
Creditor's Notice name

P.O. Box 952474
Address

| St. Louis | MO | 63195-2474 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              979,121.73
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor:   Forrest Machining LLC
_____
Name

Case number *(if known)*    25-10294
_____

| | |
|---|---|
| 3.17 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    $                    94,883.89 |
| AMTEK LLC | *Check all that apply.* |
| Creditor Name | ☐  Contingent |
| John Ren | ☐  Unliquidated |
| Creditor's Notice name | ☐  Disputed |
| 12028 Ricasoli Way | **Basis for the claim:** |
| Address | Trade Payable |
| | |
| | |
| Northridge        CA        91326 | |
| City        State        ZIP Code | |
| | |
| Country | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| Unknown | ☒  No |
| **Last 4 digits of account** | ☐  Yes |
| **number** | |

| | |
|---|---|
| 3.18 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    $                    1,409.57 |
| APPLE ONE | *Check all that apply.* |
| Creditor Name | ☐  Contingent |
| | ☐  Unliquidated |
| Creditor's Notice name | ☐  Disputed |
| 333 W Broadway | **Basis for the claim:** |
| Address | Trade Payable |
| Ste 301 | |
| | |
| Glendale        CA        91204 | |
| City        State        ZIP Code | |
| | |
| Country | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| Unknown | ☒  No |
| **Last 4 digits of account** | ☐  Yes |
| **number** | |

Debtor: Forrest Machining LLC
_____
Name

Case number (if known): 25-10294
_____

**3.19 Nonpriority creditor's name and mailing address**

ARLINGTON INT'L AVIATION
Creditor Name

Accounting Dept
Creditor's Notice name

7321 Commercial Blvd East
Address

| Arlington | TX | 76001 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    33,717.77

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.20 Nonpriority creditor's name and mailing address**

ASTRO ALUMINUM TREATING INC.
Creditor Name

Alfred Castillo
Creditor's Notice name

11040 Palmer Ave.
Address

| South Gate | CA | 90280 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    64,423.31

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   Forrest Machining LLC

Case number *(if known)*:    25-10294

Name

3.21 **Nonpriority creditor's name and mailing address**

AT & T 841

Creditor Name

Creditor's Notice name

P.O. Box 5019

Address

| Carol Stream | IL | 60197 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                926.48

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Utility Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

3.22 **Nonpriority creditor's name and mailing address**

AT & T 869

Creditor Name

Creditor's Notice name

P.O. Box 5019

Address

| Carol Stream | IL | 60197 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              2,588.20

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Utility Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: Forrest Machining LLC

Name

Case number *(if known)*    25-10294

**3.23 Nonpriority creditor's name and mailing address**

ATLAS TESTING LABS INC

Creditor Name

Brian Valdez

Creditor's Notice name

9820 Sixth Street

Address

| Rancho Cucamonga | CA | 91730 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           12,471.75

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.24 Nonpriority creditor's name and mailing address**

AUTOMATION DIRECT

Creditor Name

Creditor's Notice name

3505 Hutchinson Road

Address

| Cumming | GA | 30040 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                89.79

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:    Forrest Machining LLC

Case number *(if known)*    25-10294

**3.25  Nonpriority creditor's name and mailing address**

BARNES AEROSPACE INC
Creditor Name

Jordan Cole
Creditor's Notice name

1025 Depot Drive
Address

| Ogden | UT | 84404 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                143,435.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.26  Nonpriority creditor's name and mailing address**

BOWMAN PLATING COMPANY INC
Creditor Name

Bryan Mendoza
Creditor's Notice name

2631 E. 126th Street
Address

| Compton | CA | 90223-3105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 66,530.65
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Forrest Machining LLC
_____
Name

Case number *(if known)*: 25-10294
_____

3.27 **Nonpriority creditor's name and mailing address**

BRIGHTVIEW LANDSCAPE SERVICES INC.
_____
Creditor Name

_____
Creditor's Notice name

980 Jolly Road
_____
Address

Ste 300
_____

_____

| Blue Bell | PA | 19422 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ _____ 1,284.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

3.28 **Nonpriority creditor's name and mailing address**

C & H HYDRAULICS INC.
_____
Creditor Name

Heather
_____
Creditor's Notice name

1585 Monrovia Avenue
_____
Address

_____

| Newport Beach | CA | 92663 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ _____ 1,998.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Forrest Machining LLC

Case number *(if known)* 25-10294

| | |
|---|---|
| **3.29 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 2,280.00 |
| C3 INTEGRATED SOLUTIONS | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 3033 Wilson Blvd #700 | Trade Payable |
| Address | |

| Arlington | VA | 22201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| | |
|---|---|
| **3.30 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 18,375.00 |
| C3G CONSTRUCTION | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 107 N Reino Rd | Trade Payable |
| Address | |

| Newbury Park | CA | 91320 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Forrest Machining LLC

Case number *(if known)*: 25-10294

Name

**3.31** **Nonpriority creditor's name and mailing address**

CALIFORNIA COOLING & CONSULTING LLC

Creditor Name

Jason Clark

Creditor's Notice name

19614 Sunrise Summit Dr

Address

| Santa Clarita | CA | 91351 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,547.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**

CARR LANE MANUFACTURING COMPANY

Creditor Name

Creditor's Notice name

P.O. Box 191970

Address

| St Louis | MO | 63119 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 25,586.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    Forrest Machining LLC

Case number *(if known)*:    25-10294

Name

| | |
|---|---|
| 3.33 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 7,887.29 |
| CASCADE INDUSTRIAL SERVICES CORP | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 2539 Washburn Rd | Trade Payable |
| Address | |

| North Las Vegas | NV | 89081 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**          **Is the claim subject to offset?**

Unknown                              ☒ No

**Last 4 digits of account**              ☐ Yes

**number**

| | |
|---|---|
| 3.34 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 7,200.00 |
| CDW COMPUTER CENTERS INC. | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 200 N. Milwaukee Ave. | Trade Payable |
| Address | |

| Vernon Hills | IL | 60061 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**          **Is the claim subject to offset?**

Unknown                              ☒ No

**Last 4 digits of account**              ☐ Yes

**number**

Debtor:   Forrest Machining LLC

Case number *(if known)*:   25-10294

3.35 **Nonpriority creditor's name and mailing address**

COMMAND TOOLING SYSTEMS
Creditor Name

Arnie
Creditor's Notice name

13931 Sunfish Lake Blvd
Address

| Ramsey | MN | 55303-4506 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    9,256.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.36 **Nonpriority creditor's name and mailing address**

COMMUTE WITH ENTERPRISE
Creditor Name

Creditor's Notice name

600 Corporate Park Drive
Address

| St. Louis | MO | 63105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                      866.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Expense Reimbursement

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    Forrest Machining LLC

Case number *(if known)*:    25-10294

Name

**3.37**   **Nonpriority creditor's name and mailing address**

CYGNUS INC
Creditor Name

Jim Bucholtz
Creditor's Notice name

P.O. Box 466
Address

| Ponderay | ID | 83852 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              90,296.96
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☒  No

☐  Yes

**3.38**   **Nonpriority creditor's name and mailing address**

DELL FINANCIAL SERVICES
Creditor Name

Creditor's Notice name

Mail Stop-Ps2Df-23
Address

One Dell Way

| Round Rock | TX | 78682 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $               7,488.79
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☒  No

☐  Yes

Debtor:  Forrest Machining LLC
_____
Name

Case number *(if known)*    25-10294
_____

**3.39** **Nonpriority creditor's name and mailing address**

DELL MARKETING L.P
_____
Creditor Name

_____
Creditor's Notice name

2300 West Plano Parkway
_____
Address

_____

| Plano | TX | 75075 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $          1,974.74
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.40** **Nonpriority creditor's name and mailing address**

DIGITAL SERVICES CO.
_____
Creditor Name

_____
Creditor's Notice name

3185 Airway Ave
_____
Address

_____

| Costa Mesa | CA | 92626 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $          3,958.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor:  Forrest Machining LLC

Case number *(if known)*:  25-10294

| | |
|---|---|
| **3.41** | **Nonpriority creditor's name and mailing address** |

DOCUSIGN INC
Creditor Name

Katrina Nowosielski
Creditor's Notice name

221 Main St
Address

Ste 800

| San Francisco | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              15,395.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| | |
|---|---|
| **3.42** | **Nonpriority creditor's name and mailing address** |

DODGE OIL
Creditor Name

Creditor's Notice name

3710 Fruitland Ave.
Address

| Maywood | CA | 90270 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              15,417.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   Forrest Machining LLC
_____
          Name

Case number *(if known)*    25-10294

---

3.43  **Nonpriority creditor's name and mailing address**

DOMENIC LANDEROS
_____
Creditor Name

_____
Creditor's Notice name

Address on File
_____
Address

_____

_____

_____  _____  _____
City                State      ZIP Code

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            6,300.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

---

3.44  **Nonpriority creditor's name and mailing address**

EAGLE CUTTING & SUPPLY LLC
_____
Creditor Name

Bob
_____
Creditor's Notice name

115 Industrial Blvd.
_____
Address

_____

Nash              TX         75569
_____  _____  _____
City                State      ZIP Code

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            7,350.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor:    Forrest Machining LLC

Case number *(if known)*:    25-10294

Name

**3.45** **Nonpriority creditor's name and mailing address**

EARLE M. JORGENSEN COMPANY
Creditor Name

Dan Owen
Creditor's Notice name

10650 Alameda Street
Address

| Lynwood | CA | 90262 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                4,147.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**

ECI SOFTWARE SOLUTIONS INC.
Creditor Name

Creditor's Notice name

3600 American Boulevard West
Address

Ste 250

| Bloomington | MN | 55431 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                3,401.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    Forrest Machining LLC
Name

Case number *(if known)*:    25-10294

**3.47** **Nonpriority creditor's name and mailing address**

ECOLAB PEST ELIMINATION DIVISION
Creditor Name

Creditor's Notice name

18383 Railroad St
Address

| City of Industry | CA | 91748 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    569.18
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.48** **Nonpriority creditor's name and mailing address**

EME INC.
Creditor Name

Annie
Creditor's Notice name

431 E. Oaks St.
Address

| Compton | CA | 90224 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    12,917.66
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:   Forrest Machining LLC

Case number *(if known)*   25-10294
_____
Name

**3.49** **Nonpriority creditor's name and mailing address**

ENVIRONMENTAL HELP INC
Creditor Name

Creditor's Notice name

P.O. Box 222320
Address

| Santa Clarita | CA | 91322 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                2,500.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.50** **Nonpriority creditor's name and mailing address**

ENVIRONMENTAL LAW GROUP LLP
Creditor Name

Suzanne R. Varco
Creditor's Notice name

225 Broadway
Address

Suite 1900

| San Diego | CA | 92101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                2,758.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Professional Services

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Forrest Machining LLC
Name

Case number *(if known)*:  25-10294

---

**3.51  Nonpriority creditor's name and mailing address**

ERICK BONILLA
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    91.47
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Expense Reimbursement

**Is the claim subject to offset?**
☒  No

☐  Yes

---

**3.52  Nonpriority creditor's name and mailing address**

ERNST & YOUNG US LLP
Creditor Name

Johannes Witt
Creditor's Notice name

725 S Figueroa St
Address

Los Angeles    CA          90017
City          State          ZIP Code

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                228,760.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☒  Disputed

**Basis for the claim:**

Professional Services

**Is the claim subject to offset?**
☒  No

☐  Yes

---

| Debtor: | Forrest Machining LLC | |
|---|---|---|

Case number *(if known)*: 25-10294

**3.53 Nonpriority creditor's name and mailing address**

ESTEBAN DIAZ
Creditor Name

Creditor's Notice name

Address on File
Address

City   State   ZIP Code

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 93.33
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Expense Reimbursement

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.54 Nonpriority creditor's name and mailing address**

ESTES EXPRESS LINES
Creditor Name

Creditor's Notice name

3901 West Broad Street
Address

Richmond   VA   23230
City   State   ZIP Code

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,068.14
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor: | Forrest Machining LLC | Case number *(if known)*: | 25-10294 |
| --- | --- | --- | --- |
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | 159.00 |

EVOQUA WATER TECHNOLOGIES
Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

210 Sixth Avenue
Address

☐ Disputed

**Basis for the claim:**

Suite 3300

Trade Payable

| Pittsburgh | PA | 15222 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

Unknown

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | 4,468.42 |

EXPO PROPANE
Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

12685 Foothill Blvd
Address

☐ Disputed

**Basis for the claim:**

Trade Payable

| Sylmar | CA | 91342 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

Unknown

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor:   Forrest Machining LLC

Name

Case number *(if known)*   25-10294

**3.57** **Nonpriority creditor's name and mailing address**

FASTENAL INDUSTRIAL SUPPLIES

Creditor Name

Creditor's Notice name

2001 Theurer Blvd

Address

| Winona | MN | 55987 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    104.16

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.58** **Nonpriority creditor's name and mailing address**

FEDEX

Creditor Name

Creditor's Notice name

942 S Shady Grove Rd

Address

| Memphis | TN | 38120 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 16,849.92

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Freight/Shipping

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor:  Forrest Machining LLC

Case number *(if known)*:  25-10294

3.59 **Nonpriority creditor's name and mailing address**

FH PUMPS INC
Creditor Name

Creditor's Notice name

4741 Ortega St #15
Address

| Ventura | CA | 93003 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              24,830.92
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

3.60 **Nonpriority creditor's name and mailing address**

FINE QUALITY METAL FINISHING
Creditor Name

Claudia Maciel
Creditor's Notice name

1640 Daisy Avenue
Address

| Long Beach | CA | 90813 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              10,456.38
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor:   Forrest Machining LLC
Name

Case number *(if known)*:   25-10294

**3.61 Nonpriority creditor's name and mailing address**

FIRST AID DIRECT OF L.A. INC
Creditor Name

Creditor's Notice name

9540 Owensmouth Ave #2
Address

| Chatsworth | CA | 91311 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    869.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.62 Nonpriority creditor's name and mailing address**

FISHER SCIENTIFIC
Creditor Name

Creditor's Notice name

81 Wyman Street
Address

| Waltham | MA | 02451 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    782.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Forrest Machining LLC

Case number *(if known)*:  25-10294

Name

3.63 **Nonpriority creditor's name and mailing address**

FIVES MACHINING SYSTEMS INC
Creditor Name

Mick Davis
Creditor's Notice name

2200 Litton Lane
Address

| Hebron | KY | 41048-8436 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 336,525.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

3.64 **Nonpriority creditor's name and mailing address**

FLUID TECH
Creditor Name

Trina Ortega
Creditor's Notice name

2827 Pomona Blvd
Address

| Pomona | CA | 91768 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,585.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Forrest Machining LLC

Case number *(if known)*:  25-10294

**3.65** **Nonpriority creditor's name and mailing address**

FOODCRAFT COFFEE SERVICE
Creditor Name

Creditor's Notice name

1625 Riverside Dr
Address

| Los Angeles | CA | 90031 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    2,012.69
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Expense Reimbursement

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.66** **Nonpriority creditor's name and mailing address**

G TARGET MANUFACTURING GROUP INC
Creditor Name

Creditor's Notice name

37925 N 6th St
Address

Unit 107

| Palmdale | CA | 93550 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    110,797.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☒  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

| Debtor: | Forrest Machining LLC | Case number *(if known)*: | 25-10294 |
|---|---|---|---|
| | Name | | |

**3.67** **Nonpriority creditor's name and mailing address**

GCE GROUP TRUCKING SERVICES
Creditor Name

Creditor's Notice name

1025 N Todd Ave
Address

| Azusa | CA | 91702 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    8,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Freight/Shipping

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.68** **Nonpriority creditor's name and mailing address**

GENERAL MAGNAPLATE
Creditor Name

Debbie Tumlinson
Creditor's Notice name

801 Avenue G East
Address

| Arlington | TX | 76011 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                   12,271.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:  Forrest Machining LLC

Case number *(if known)*:  25-10294

3.69 **Nonpriority creditor's name and mailing address**

GEORGE FAMILY METAL CUTTING INC
Creditor Name


Creditor's Notice name

12357 Foothill Blvd
Address



| Sylmar | CA | 91342 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              350.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

3.70 **Nonpriority creditor's name and mailing address**

GLOBAL FINANCE
Creditor Name

Bill Toon
Creditor's Notice name

2424 SE Bristol St.
Address

Suite 28


| Newport Beach | CA | 92660 |
|---------------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $           13,477.80
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Forrest Machining LLC
Name

Case number *(if known)*    25-10294

**3.71** **Nonpriority creditor's name and mailing address**

GOLDEN WEST SECURITY INC
Creditor Name

Creditor's Notice name

12502 Van Nuys Blvd
Address

Suite 215

| Pacoima | CA | 91331 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    60.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☑  No

☐  Yes

**3.72** **Nonpriority creditor's name and mailing address**

GRAINGER INC
Creditor Name

Creditor's Notice name

8930 Winnetka Ave.
Address

| Northridge | CA | 91324 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    7,768.99
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Freight/Shipping

**Is the claim subject to offset?**
☑  No

☐  Yes

Debtor:  Forrest Machining LLC

Case number *(if known):*  25-10294

3.73 **Nonpriority creditor's name and mailing address**

GREAT AMERICA FINANCIALS SVCS
Creditor Name


Creditor's Notice name

625 First St. SE
Address



| Cedar Rapids | IA | 52401 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    2,491.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☒  No

☐  Yes

3.74 **Nonpriority creditor's name and mailing address**

GROB SYSTEMS INC
Creditor Name

Doug Lieurance
Creditor's Notice name

1070 Navajo Drive
Address



| Bluffton | OH | 45817 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    700.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☒  No

☐  Yes

Debtor:  Forrest Machining LLC

Name

Case number *(if known)*:  25-10294

---

**3.75** **Nonpriority creditor's name and mailing address**

GW RICHARDSON

Creditor Name

Creditor's Notice name

28231 Ave Crocker #100

Address

| Valencia | CA | 91355 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 1,250.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.76** **Nonpriority creditor's name and mailing address**

HIGH PERFORMANCE ALLOYS INC.

Creditor Name

Ben Edwards

Creditor's Notice name

P.O. BOX 40

Address

| Tipton | IN | 46076 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 13,265.47

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  Forrest Machining LLC
Name

Case number *(if known)*:  25-10294

**3.77  Nonpriority creditor's name and mailing address**

HOME DEPOT CREDIT SERVICES
Creditor Name

Creditor's Notice name

Dept 32-2501981660
Address

P.O. Box 78047

| Phoenix | AZ | 85062-8047 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                2,725.67
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.78  Nonpriority creditor's name and mailing address**

HOWMET FASTENING SYSTEMS
Creditor Name

Patricia Tollstrup
Creditor's Notice name

3990 A Heritage Oak Court
Address

| Simi Valley | CA | 93063-6711 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                2,320.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Forrest Machining LLC
_____
Name

Case number *(if known)*:  25-10294
_____

3.79 **Nonpriority creditor's name and mailing address**

ICW GROUP INSURANCE COMPANIES
_____
Creditor Name

_____
Creditor's Notice name

P.O. Box 509039
_____
Address

_____

| San Diego | CA | 92150-9039 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            249,868.11

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Insurance Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

3.80 **Nonpriority creditor's name and mailing address**

INGALLS INFORMATION SECURITY LLC
_____
Creditor Name

_____
Creditor's Notice name

2451 Coulee Crossing Rd
_____
Address

_____

| Woodworth | LA | 71485 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              2,493.75

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   Forrest Machining LLC

Name

Case number *(if known)*:   25-10294

**3.81 Nonpriority creditor's name and mailing address**

INGERSOLL CUTTING TOOL CO

Creditor Name

Dave Silves

Creditor's Notice name

885 S. Lyford Road

Address

| Rockford | IL | 61108-2748 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   79,569.50
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.82 Nonpriority creditor's name and mailing address**

INSPECTIONXPERT

Creditor Name

Creditor's Notice name

P.O. Box 991

Address

| Blacksburg | VA | 24063 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   1,950.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor:  Forrest Machining LLC

Case number *(if known)*:  25-10294

Name

**3.83 Nonpriority creditor's name and mailing address**

INTRINSIC MARKS INTERNATIONAL LLC

Creditor Name

Creditor's Notice name

8916 Hunters Pointe

Address

| Huntersville | NC | 28078 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              7,307.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.84 Nonpriority creditor's name and mailing address**

JIMMY AYALA

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  6.23

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Expense Reimbursement

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Forrest Machining LLC

Name

Case number *(if known):* 25-10294

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | 1,000.00 |

*Check all that apply.*

JJ'S HONE SHOP

Creditor Name

☐ Contingent

☐ Unliquidated

John / Dean

Creditor's Notice name

☐ Disputed

**Basis for the claim:**

701 Arroyo Avenue

Address

Trade Payable

Unit A

San Fernando | CA | 91340

City | State | ZIP Code

Country

**Date or dates debt was incurred**        **Is the claim subject to offset?**

Unknown

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | 61,745.25 |

*Check all that apply.*

JOHNS MANVILLE

Creditor Name

☐ Contingent

☐ Unliquidated

Jeff Tsnd-Colo.

Creditor's Notice name

☐ Disputed

**Basis for the claim:**

P.O. Box 100624

Address

Trade Payable

Pasadena | CA | 91189-0624

City | State | ZIP Code

Country

**Date or dates debt was incurred**        **Is the claim subject to offset?**

Unknown

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor:   Forrest Machining LLC

Case number (if known):   25-10294

| | |
|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** |

JOHNSON CONTROLS SECURITY
Creditor Name

Creditor's Notice name

5757 N. Green Bay Avenue
Address

| Glendale | WI | 53209 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                                 788.48
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑   No

☐   Yes

| | |
|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** |

JORGE GOMEZ
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                                 86.31
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Expense Reimbursement

**Is the claim subject to offset?**

☑   No

☐   Yes

Debtor:   Forrest Machining LLC
_____
Name

Case number *(if known)*   25-10294
_____

**3.89  Nonpriority creditor's name and mailing address**

KAESER COMPRESSORS
_____
Creditor Name

_____
Creditor's Notice name

5740 Cerritos Ave
_____
Address

_____

| Cypress | CA | 90630 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            10,675.74
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.90  Nonpriority creditor's name and mailing address**

KNIGHT INDUSTRIAL SUPPLY
_____
Creditor Name

_____
Creditor's Notice name

1735 Grove Ave. South
_____
Address

_____

| Ontario | CA | 91761 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            16,204.32
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Forrest Machining LLC
_____
Name

Case number *(if known)*: 25-10294
_____

**3.91** **Nonpriority creditor's name and mailing address**

L & M PRECISION INC
_____
Creditor Name

Christina Zavala
_____
Creditor's Notice name

24922 Anza Drive
_____
Address

Unit D
_____

_____

| Valencia | CA | 91355 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 95,913.50
_____
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.92** **Nonpriority creditor's name and mailing address**

L MENDOZA TRUCKING
_____
Creditor Name

_____
Creditor's Notice name

8521 Arma St
_____
Address

_____

| Pico Rivera | CA | 90660 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,500.00
_____
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Freight/Shipping
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   Forrest Machining LLC

Case number *(if known):*   25-10294

Name

**3.93** **Nonpriority creditor's name and mailing address**

L.A. COUNTY DEPT. OF PUBLIC

Creditor Name

Creditor's Notice name

900 S. Fremont Ave.

Address

| Alhambra | CA | 91803 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                873.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Utility Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.94** **Nonpriority creditor's name and mailing address**

L.A. PIONEER FIRE PROTECTION, INC.

Creditor Name

Creditor's Notice name

1241 Amherst Ave #3

Address

| Los Angeles | CA | 90025 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                689.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Forrest Machining LLC

Name

Case number *(if known)*:  25-10294

**3.95  Nonpriority creditor's name and mailing address**

LASER MEASUREMENT SERVICES INC

Creditor Name

Creditor's Notice name

1771 Oriole Dr

Address

| Costa Mesa | CA | 92626 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                6,555.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.96  Nonpriority creditor's name and mailing address**

LEAN MANUFACTURING GROUP LLC

Creditor Name

Walter Prezioso

Creditor's Notice name

29170 Avenue Penn

Address

| Valencia | CA | 91355 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              39,870.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:   Forrest Machining LLC
_____
Name

Case number *(if known)*:   25-10294
_____

**3.97   Nonpriority creditor's name and mailing address**

LINDE GAS & EQUIPMENT
_____
Creditor Name

_____
Creditor's Notice name

7000 High Grove Blvd.
_____
Address

_____

_____

| Burr Ridge | IL | 60527 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ _____ 1,062.29
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable
_____

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.98   Nonpriority creditor's name and mailing address**

LOCKHEED MARTIN AERONAUTICS
_____
Creditor Name

Kenya Holmes
_____
Creditor's Notice name

1 Lockheed Blvd
_____
Address

_____

_____

| Ft. Worth | TX | 76108 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ _____ 26,764.80
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable
_____

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor:   Forrest Machining LLC
Name

Case number *(if known)*      25-10294

3.99   **Nonpriority creditor's name and mailing address**

LUIS GARCIA JR
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                91.47
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Expense Reimbursement

**Is the claim subject to offset?**

☒   No

☐   Yes

3.100   **Nonpriority creditor's name and mailing address**

MCMASTER-CARR SUPPLY CO INC
Creditor Name

Creditor's Notice name

P.O. Box 7690
Address

Chicago        IL             60680

City          State          ZIP Code

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $             16,356.09
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: Forrest Machining LLC

Case number *(if known)*: 25-10294

**3.101** **Nonpriority creditor's name and mailing address**

METAL IMPROVEMENT COMPANY
Creditor Name

Richard Aleman
Creditor's Notice name

7655 Longard Road
Address

| Livermore | CA | 94551 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 116,620.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.102** **Nonpriority creditor's name and mailing address**

METAL IMPROVEMENT COMPANY
Creditor Name

Jose Corrales
Creditor's Notice name

2588-A Industry Way
Address

| Lynwood | CA | 90262 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 21,590.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Forrest Machining LLC | Case number *(if known)*: | 25-10294 |
| --- | --- | --- | --- |
| | Name | | |

**3.103** **Nonpriority creditor's name and mailing address**

MICRO QUALITY CALIBRATION
Creditor Name


Creditor's Notice name

9168 De Soto Ave
Address



| Chatsworth | CA | 91311 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    9,508.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.104** **Nonpriority creditor's name and mailing address**

MISTRAS GROUP INC
Creditor Name

Gabriel Zachary
Creditor's Notice name

8427 Atlantic  Ave
Address



| Cudahy | CA | 90201 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    4,599.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   Forrest Machining LLC
_____
Name

Case number *(if known):*   25-10294
_____

| 3.105 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $ | 129,594.87 |
|---|---|---|---|---|---|

3.105 **Nonpriority creditor's name and mailing address**

MORRELLS ELECTRO PLATING INC
_____
Creditor Name

Bob Sazgari
_____
Creditor's Notice name

432 E. Euclid Ave.
_____
Address

| Compton | CA | 90222 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   129,594.87

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.106 **Nonpriority creditor's name and mailing address**

MOSIER FLUID POWER
_____
Creditor Name

_____
Creditor's Notice name

2475 Technical Dr
_____
Address

| Miamisburg | OH | 45342 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   1,492.49

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Forrest Machining LLC | | |
|---|---|---|---|

Name

Case number *(if known)*    25-10294

**3.107 Nonpriority creditor's name and mailing address**

MOTION INDUSTRIES INC.
Creditor Name

Shelby Tolbert
Creditor's Notice name

27748 Hancock Pkwy
Address

| Valencia | CA | 91355 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    10,357.69
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.108 Nonpriority creditor's name and mailing address**

MSC INDUSTRIAL SUPPLY CO. INC
Creditor Name

Creditor's Notice name

6700 Discovery Boulevard
Address

| Mableton | GA | 30126-0000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    5,187.73
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor:  Forrest Machining LLC

Case number *(if known)*:  25-10294

---

**3.109** **Nonpriority creditor's name and mailing address**

MYERSVILLE MACHINE COMPANY

Creditor Name

David Harshman

Creditor's Notice name

10601 Church Hill Road

Address

| Myersville | MD | 21773 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    12,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.110** **Nonpriority creditor's name and mailing address**

NALCO CAL WATER

Creditor Name

Creditor's Notice name

1961 Petra Ln

Address

| Placentia | CA | 92870 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    818.69

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  Forrest Machining LLC

Case number *(if known)*:  25-10294

Name

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:  $ | 4,800.00 |
|---|---|---|---|

NEW SOURCE CORPORATION
Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

555 S. State College Blvd
Address

**Basis for the claim:**

Trade Payable

| Fullerton | CA | 92831 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

Unknown

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:  $ | 39,108.75 |
|---|---|---|---|

NOBLETEK LLC
Creditor Name

*Check all that apply.*

☐ Contingent

Erica Neyhart
Creditor's Notice name

☐ Unliquidated

☐ Disputed

1909 Old Mansfield Rd
Address

**Basis for the claim:**

Trade Payable

Ste B

| Wooster | OH | 44691 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

Unknown

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor:  Forrest Machining LLC
_____
Name

Case number *(if known)*    25-10294
_____

3.113 **Nonpriority creditor's name and mailing address**

ORANGE HYDRAULICS INC
_____
Creditor Name

_____
Creditor's Notice name

2545 W Woodland Dr
_____
Address

_____

| Anaheim | CA | 92801 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            5,605.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

3.114 **Nonpriority creditor's name and mailing address**

OSCAR HERNANDEZ
_____
Creditor Name

_____
Creditor's Notice name

Address on File
_____
Address

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Unknown
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $               40.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Expense Reimbursement
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Forrest Machining LLC

Case number *(if known)*: 25-10294

**3.115 Nonpriority creditor's name and mailing address**

PACIFIC OIL CO
Creditor Name

Creditor's Notice name

19528 Ventura Blvd
Address

| Tarzana | CA | 91356 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 14,179.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.116 Nonpriority creditor's name and mailing address**

PACKAGING SYSTEMS INC
Creditor Name

Raul Vargas
Creditor's Notice name

26435 Summit Circle
Address

| Santa Clarita | CA | 91350 |
|---------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 18,195.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

| Debtor: | Forrest Machining LLC | Case number *(if known)*: | 25-10294 |
| | Name | | |

**3.117** **Nonpriority creditor's name and mailing address**

PRIDE PLATING INC
Creditor Name

Ashley Blanton
Creditor's Notice name

2900 E. Highway 10
Address

| Grove | OK | 74344 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,939.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.118** **Nonpriority creditor's name and mailing address**

PRUDENTIAL OVERALL SUPPLY
Creditor Name

Creditor's Notice name

5300 Gabbert Rd
Address

| Moorpark | CA | 93021 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,263.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Forrest Machining LLC

Case number *(if known)*:  25-10294

3.119 **Nonpriority creditor's name and mailing address**

PT SOLUTIONS
Creditor Name

Creditor's Notice name

21306 Superior St.
Address

| Chatsworth | CA | 91311 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                126,176.17
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

3.120 **Nonpriority creditor's name and mailing address**

QUADRANT AUTOMATED SYSTEMS
Creditor Name

Creditor's Notice name

P.O. Box 4657
Address

| La Puente | CA | 91747 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  3,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Forrest Machining LLC

Case number *(if known)*: 25-10294

| | |
|---|---|
| 3.121 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 3,109.94 |

**Nonpriority creditor's name and mailing address**

QUILL CORPORATION
Creditor Name

Creditor's Notice name

300 Tri State International Drive
Address

Ste 300

| Lincolnshire | IL | 60069 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,109.94
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.122 **Nonpriority creditor's name and mailing address**

READYREFRESH
Creditor Name

BlueTriton Brands, Inc
Creditor's Notice name

#216
Address

6661 Dixie Hwy, Ste 4

| Louisville | KY | 40258 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 611.59
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Expense Reimbursement

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor:  Forrest Machining LLC

Case number *(if known)*:  25-10294

**3.123 Nonpriority creditor's name and mailing address**

REXFORD INDUSTRIAL-27712 AVENUE MENTRY LLC
Creditor Name

Giovanna Gabrielli
Creditor's Notice name

P.O. Box 740028
Address

| Los Angeles | CA | 90074-0028 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                299,431.73
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Rent

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.124 Nonpriority creditor's name and mailing address**

REXFORD INDUSTRIAL-27756 AVENUE MENTRY LLC
Creditor Name

Sheila Navi
Creditor's Notice name

P.O. Box 740028
Address

| Los Angeles | CA | 90074-0028 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                254,839.03
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Rent

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Forrest Machining LLC

Case number *(if known)*:  25-10294

| | |
|---|---|
| **3.125 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $        5,199.25 |

RJ'S WORK BOOT
Creditor Name

Creditor's Notice name

24012 Lyons Ave
Address

Newhall          CA          91321
City          State          ZIP Code

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.126 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $        29,656.96 |

RMI TITANIUM COMPANY
Creditor Name

Gary Hinks
Creditor's Notice name

P.O. Box 640765
Address

500 First Avenue

Pittsburgh          PA          15219
City          State          ZIP Code

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   Forrest Machining LLC

Case number *(if known)*:   25-10294

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 2,800.00 |

**Nonpriority creditor's name and mailing address**
RMK TRUCKING LLC
Creditor Name

Joseph Knapp
Creditor's Notice name

433 Alaska Avenue
Address

| TORRANCE | CA | 90503 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 2,800.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.128 **Nonpriority creditor's name and mailing address**
ROYAL WHOLESALE ELECTRIC
Creditor Name

Creditor's Notice name

1619 Boyd St
Address

| Santa Ana | CA | 92705 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 951.49
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor:   Forrest Machining LLC

Case number *(if known)*: 25-10294

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 2,351.49 |

**Nonpriority creditor's name and mailing address**

RS AMERICAS INC
Creditor Name

Creditor's Notice name

7151 Jack Newell Blvd. S.
Address

| Ft. Worth | TX | 76118 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

3.129

**As of the petition filing date, the claim is:**   $   2,351.49
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

---

3.130  **Nonpriority creditor's name and mailing address**

RS HUGHES COMPANY INC
Creditor Name

Creditor's Notice name

10639 Glenoaks Blvd #1
Address

| Pacoima | CA | 91331 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   4,153.19
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Forrest Machining LLC
Name

Case number *(if known)*:  25-10294

**3.131  Nonpriority creditor's name and mailing address**

RSM US LLP
Creditor Name

Creditor's Notice name

17400 Laguna Canyon Rd
Address

Ste 200

| Irvine | CA | 92603 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              15,750.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☒  Disputed

**Basis for the claim:**

Professional Services

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.132  Nonpriority creditor's name and mailing address**

RUBBERCRAFT CO.
Creditor Name

Travis Mitchell
Creditor's Notice name

3701 Conant Street
Address

| Long Beach | CA | 90808 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   461.76
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Forrest Machining LLC

Name

Case number *(if known)*:  25-10294

**3.133  Nonpriority creditor's name and mailing address**

SAFETY KLEEN

Creditor Name

Creditor's Notice name

42 Longwater Drive

Address

| Norwell | MA | 02061 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              3,788.70

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.134  Nonpriority creditor's name and mailing address**

SANTA CLARITA COMMUNITY COLLEGE

Creditor Name

Sheryn

Creditor's Notice name

26455 Rockwell Canyon Rd

Address

| Santa Clarita | CA | 91355 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              5,681.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Forrest Machining LLC
Name

Case number *(if known)*: 25-10294

**3.135** **Nonpriority creditor's name and mailing address**

SHREDS UNLIMITED
Creditor Name

Creditor's Notice name

42156 10th St W
Address

Unit O

| Lancaster | CA | 93534 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                280.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.136** **Nonpriority creditor's name and mailing address**

SIGMA-ALDRICH INC.
Creditor Name

Creditor's Notice name

P.O. Box 14508
Address

| St. Louis | MO | 63178 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              3,171.38
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:   Forrest Machining LLC

Name

Case number *(if known)*   25-10294

**3.137** **Nonpriority creditor's name and mailing address**

SO CAL PUMP AND VACUUM

Creditor Name

Creditor's Notice name

13720 Cimarron Ave

Address

| Gardena | CA | 90249 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    1,914.69
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.138** **Nonpriority creditor's name and mailing address**

SOLAR ATMOSPHERES OF SAN DIEGO

Creditor Name

Aurelie Nolan

Creditor's Notice name

877 Vernon Way

Address

| El Cajon | CA | 92020 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    13,725.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor:    Forrest Machining LLC

Case number *(if known)*:    25-10294

3.139 **Nonpriority creditor's name and mailing address**

STEEL SERVICES COMPANY
Creditor Name

Creditor's Notice name

5637 District Blvd
Address

| Vernon | CA | 90058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              2,710.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

3.140 **Nonpriority creditor's name and mailing address**

STOEL RIVES LLP
Creditor Name

Creditor's Notice name

760 SW Ninth Ave
Address

Suite 3000

| Portland | OR | 97205 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              1,285.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Forrest Machining LLC

Case number *(if known)*: 25-10294

| | |
|---|---|
| **3.141** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 11,985.87 |
| TECHMET CARBIDES INC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 730 21St St Dr Se | Trade Payable |
| Address | |

| City | State | ZIP Code |
|---|---|---|
| Hickory | NC | 28602 |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.142** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 74.56 |
| THE FITTING SOURCE INC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| Tony | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| TFS Fluid Power | **Basis for the claim:** |
| Address | Trade Payable |
| 19631 Prairie Street | |

| City | State | ZIP Code |
|---|---|---|
| Northridge | CA | 91324 |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Forrest Machining LLC

Case number *(if known)*:  25-10294

**3.143  Nonpriority creditor's name and mailing address**

THE GAS COMPANY

Creditor Name

Creditor's Notice name

P.O. Box C

Address

| Monterey Park | CA | 91756 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 344.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Utility Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.144  Nonpriority creditor's name and mailing address**

THYSSEN KRUPP AEROSPACE

Creditor Name

Creditor's Notice name

12821 Carmenita Rd

Address

| Santa Fe Springs | CA | 90670 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               1,107.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Forrest Machining LLC
Name

Case number *(if known)*: 25-10294

**3.145 Nonpriority creditor's name and mailing address**
TOYOTA COMMERCIAL FINANCE
Creditor Name

Creditor's Notice name

8951 Cypress Waters Blvd
Address

Suite 300

| Coppell | TX | 75019 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,452.33
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.146 Nonpriority creditor's name and mailing address**
TOYOTA MATERIAL HANDLING SOLUTIONS
Creditor Name

Creditor's Notice name

12012 Burke St
Address

| Santa Fe Springs | CA | 90670 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,011.68
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor:   Forrest Machining LLC
                Name

Case number *(if known)*   25-10294

**3.147** **Nonpriority creditor's name and mailing address**

U.S. BANK EQUIPMENT FINANCE
Creditor Name

Creditor's Notice name

1310 Madrid Street
Address

Suite 101

| Marshall | MN | 56258 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    857.43
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.148** **Nonpriority creditor's name and mailing address**

ULINE ECONO-WRAPPER INC
Creditor Name

Creditor's Notice name

12575 Uline Drive
Address

| Pleasant Prairie | WI | 53158 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  10,426.44
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor:  Forrest Machining LLC
Name

Case number *(if known)*:  25-10294

**3.149 Nonpriority creditor's name and mailing address**

UNIFIED MANUFACTURING, INC
Creditor Name

Accounting
Creditor's Notice name

28130 Ave Crocker
Address

Unit 312

| Valencia | CA | 91355 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                49,905.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.150 Nonpriority creditor's name and mailing address**

VALENCE LYNWOOD
Creditor Name

Marina Rodriguez
Creditor's Notice name

2605 Industry Way
Address

| Lynwood | CA | 90262 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                64,235.03
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Forrest Machining LLC

Case number *(if known)*:  25-10294

3.151 **Nonpriority creditor's name and mailing address**

VALENCIA WATER
Creditor Name

Beverly Johnson
Creditor's Notice name

P.O. Box 5904
Address

| Valencia | CA | 91385-5904 |
|----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              720.89
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Utility Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

3.152 **Nonpriority creditor's name and mailing address**

WALKER BROTHERS
Creditor Name

Dave Sanchez
Creditor's Notice name

3839 E. Colorado St
Address

| Anaheim | CA | 92807 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            69,814.86
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: Forrest Machining LLC

Case number *(if known):* 25-10294
_____
Name

3.153 **Nonpriority creditor's name and mailing address**

WESCO AIRCRAFT HARDWARE CORP DBA INCORA
Creditor Name


Creditor's Notice name

2601 Meacham Blvd
Address

Ste 400



Ft. Worth               TX              76137
City                    State           ZIP Code


Country

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                13,529.56
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade Payable


**Is the claim subject to offset?**

☒    No

☐    Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 Taft Stettinius & Hollister | Line  3.81 | |
| Name | | |
| Deborah Rubin | ☐   Not Listed.Explain | |
| Notice Name | | |
| 27777 Franklin Rd | | |
| Street | | |
| Suite 2500 | | |
| | | |
| Southfield          MI          48034 | | |
| City          State          ZIP Code | | |
| | | |
| Country | | |
| 4.2 Taft Stettinius & Hollister | Line  3.119 | |
| Name | | |
| Deborah Rubin | ☐   Not Listed.Explain | |
| Notice Name | | |
| 27777 Franklin Rd | | |
| Street | | |
| Suite 2500 | | |
| | | |
| Southfield          MI          48034 | | |
| City          State          ZIP Code | | |
| | | |
| Country | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 4,706,720.10 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,706,720.10 |

**Fill in this information to identify the case:**

Debtor Name: In re : Forrest Machining LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10294 (LSS)

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Aluminum & Titanium Recycling Service Agreement | A&S Metal Recycling, Inc. <br> Name |
| | | | Notice Name |
| | **State the term remaining** | | 2261 East 15th Street <br> Address |
| | **List the contract number of any government contract** | | |
| | | | Los Angeles / CA / 90021 <br> City / State / ZIP Code |
| | | | Country |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Information Technology - Service Agreement - Cyber Security Gap Assessment, Policies & Procedures, POAM | ActiveCyber <br> Name |
| | | | Notice Name |
| | **State the term remaining** | | 5001 Spring Valley Road <br> Address |
| | **List the contract number of any government contract** | | Suite 450E |
| | | | Dallas / TX / 75244 <br> City / State / ZIP Code |
| | | | Country |

Debtor:   Forrest Machining LLC
_____
Name

Case number *(if known)*:   25-10294
_____

**2.3** **State what the contract or lease is for and the nature of the debtor's interest**   Adobe Software Subscription Agreement

Adobe Creative
_____
Name

_____
Notice Name

345 Park Avenue
_____
Address

**State the term remaining**   _____

**List the contract number of any government contract**   _____

| San Jose | CA | 95110 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.4** **State what the contract or lease is for and the nature of the debtor's interest**   Internet Service and Hosted VoIP Agreement

AT&T
_____
Name

AT&T Inc.
_____
Notice Name

P.O. Box 5019
_____
Address

**State the term remaining**   _____

**List the contract number of any government contract**   _____

| Carol Stream | IL | 60197 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.5** **State what the contract or lease is for and the nature of the debtor's interest**   GPS Tracker Agreement - fleet vehicles

Bouncie / Tail Light LLC
_____
Name

_____
Notice Name

750 N St Paul Street
_____
Address

Suite 250, PMB 88148

**State the term remaining**   _____

**List the contract number of any government contract**   _____

| Dallas | TX | 75201-3206 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor:   Forrest Machining LLC
Name

Case number *(if known)*:   25-10294

| | | | |
|---|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Information Technology - Software Agreement - AvePoint Cloud Backup M365 (Microsoft M365 GCC High Cloud Backup) | C3 Complete |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 110 E. Atlantic Ave., Ste 420 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Delray Beach   FL   33444 |
| | | | City   State   ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Information Technology - Software Agreement - Microsoft GCC High M365 G5) | C3 Complete |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 110 E. Atlantic Ave., Ste 420 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Delray Beach   FL   33444 |
| | | | City   State   ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Information Technology Agreement - CBT Nuggets | CBT Nuggets, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2850 Crescent Ave |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Eugene   OR   97408 |
| | | | City   State   ZIP Code |
| | | | Country |

Debtor: Forrest Machining LLC

Name

Case number *(if known)*: 25-10294

| | | |
|---|---|---|
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | (4) Canon DX-C5840i Multifunction Copiers 2022/60 |

CDS (Complete Document Solutions)

Name

Notice Name

20410 Earl St.

Address

**State the term remaining**

**List the contract number of any government contract**

| Torrance | CA | 90503 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Dell Service Agreement - Precision Laptops & Precision Workstations |

Dell Support (hardware)

Name

c/o Dell Technologies

Notice Name

1 Dell Way

Address

**State the term remaining**

**List the contract number of any government contract**

| Round Rock | TX | 78664 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Information Technology - Software Agreement - ProPricer - Quoting Application |

Deltek, Inc.

Name

Notice Name

2291 Wood Oak Drive

Address

**State the term remaining**

**List the contract number of any government contract**

| Herndon | VA | 20171-2823 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Forrest Machining LLC

Name

Case number *(if known)*: 25-10294

| | | |
|---|---|---|
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Information Technology - Software Agreement - DocuSign |
| | | |

Docusign

Name

DOCUSIGN INC

Notice Name

221 Main St

Address

Ste 800

| San Francisco | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |

Country

**State the term remaining**

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Domain Registration & Website Hosting Agreement |

DreamHost

Name

Notice Name

PMB #327

Address

417 Associated Rd.

| Brea | CA | 92821 |
|---|---|---|
| City | State | ZIP Code |

Country

**State the term remaining**

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Information Technology - Software Agreement - JobBOSS (ERP/MRP) |

ECI Software Solutions

Name

ECI Software Solutions, Inc.

Notice Name

1500 Solana Blvd, Suite 6500

Address

| Westlake | TX | 76262 |
|---|---|---|
| City | State | ZIP Code |

Country

**State the term remaining**

**List the contract number of any government contract**

Debtor: Forrest Machining LLC
_____
Name

Case number *(if known)*: 25-10294

| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Stormwater Pollution Prevention Plan (SWPPP) | Environmental HELP, Inc. (EHI) |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | P.O. Box 222320 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | Santa Clarita    CA    91322 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Cloud Portal Agreement | Exostar LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2325 Dulles Corner Blvd. |
| | **State the term remaining** | | Address |
| | | | Suite 600 |
| | **List the contract number of any government contract** | | |
| | | | Herndon    VA    20171 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Ford Truck | Ford Credit |
|---|---|---|---|
| | | | Name |
| | | | Jonathan Booth |
| | | | Notice Name |
| | | | P.O. Box 650575 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | Dallas    TX    75265 |
| | | | City    State    ZIP Code |
| | | | Country |

Debtor:  Forrest Machining LLC
Name

Case number *(if known):*    25-10294

| | | | |
|---|---|---|---|
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Information Technology - Software Agreement - Fortinet Token Administration MFA - CUI | Fortinet Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 909 Kifer Road |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Sunnyvale | CA | 94086 |

Country

| | | | |
|---|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Information Technology Software Agreement - Freshservice Pro | Freshworks Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2950 S. Delaware Street |
| | **State the term remaining** | | Address |
| | | | Suite 201 |
| | **List the contract number of** | | |
| | **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| San Mateo | CA | 94403 |

Country

| | | | |
|---|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Data Backup Appliance & Cloud Backup Replication Agreement - Datto Siris 3 Pro | FTI Services |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 125 Cremona Drive |
| | **State the term remaining** | | Address |
| | | | Suite 105 |
| | **List the contract number of** | | |
| | **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Goleta | CA | 93117 |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor:  Forrest Machining LLC
_____
Name

Case number *(if known)*:    25-10294

| | | | |
|---|---|---|---|
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | SNK Equipment | Global Finance Group, Inc. |
| | | | Name |
| | | | Bill Toon |
| | | | Notice Name |
| | **State the term remaining** | | 2424 SE Bristol St. |
| | | | Address |
| | **List the contract number of** | | Suite 28 |
| | **any government contract** | | |

| | | | |
|---|---|---|---|
| Newport Beach | | CA | 92660 |
| City | | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | SSL Certificate | GoDaddy Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 100 S. Mill Ave Suite 1600 |
| | **State the term remaining** | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | |
|---|---|---|---|
| Tempe | | AZ | 85281 |
| City | | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Agreement - Remote Login | GoToMyPC |
| | | | Name |
| | | | c/o GoTo Technologies Canada Ltd. |
| | | | Notice Name |
| | | | 410 Charest Est., Suite 250 |
| | **State the term remaining** | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | |
|---|---|---|---|
| Quebec City | | QC | G1K 8G3 |
| City | | State | ZIP Code |
| Canada | | | |

Country

Debtor:    Forrest Machining LLC

Name                                                                    Case number *(if known):*    25-10294

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Engineering - Software Agreement - PC-DMIS | Hexagon AB |
|------|------|------|------|

Name

Notice Name

Lilla Bantorget 15

State the term remaining

Address

List the contract number of
any government contract

| Stockholm | | SE-111 23 |
|------|------|------|
| City | State | ZIP Code |
| Sweden | | |
| Country | | |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Engineering - Software Agreement - PC-DMIS | Hexagon AB |
|------|------|------|------|

Name

Notice Name

Lilla Bantorget 15

State the term remaining

Address

List the contract number of
any government contract

| Stockholm | | SE-111 23 |
|------|------|------|
| City | State | ZIP Code |
| Sweden | | |
| Country | | |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Engineering - Software Agreement - CATIA V5 | Inceptra LLC |
|------|------|------|------|

Name

Notice Name

1900 N. Commerce Parkway

State the term remaining

Address

List the contract number of
any government contract

| Weston | FL | 33326 |
|------|------|------|
| City | State | ZIP Code |
| Country | | |

Debtor:  Forrest Machining LLC

Name

Case number *(if known):*  25-10294

| | | | |
|---|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Engineering - Software Agreement - CATIA V5 PLM | Inceptra LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1900 N. Commerce Parkway |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Weston            FL            33326 |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | eWork Orders Maintenance PM and Work Order System | Information Professionals Association |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 20 Towne Dr., Suite # 146 |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Bluffton            SC            29910 |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Engineering - Software Agreement - Ideagen Quality Control | InspectionXpert |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 991 |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Blacksburg            VA            24063 |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |

Debtor:   Forrest Machining LLC
_____
Name

Case number *(if known)*:   25-10294

---

**2.30**  **State what the contract or lease is for and the nature of the debtor's interest**   K1CRP Agreement

Kubo
_____
Name

_____
Notice Name

**State the term remaining**   _____

_____
Address

**List the contract number of any government contract**   _____

_____

_____

_____
City                    State          ZIP Code

_____
Country

---

**2.31**  **State what the contract or lease is for and the nature of the debtor's interest**   Long Term Agreement No. 6500006927, dated as of January 2023 together with all purchase orders issued pursuant thereto

Lockheed Martin Corporation
_____
Name

_____
Notice Name

1 Lockheed Blvd
_____
Address

**State the term remaining**   _____

**List the contract number of any government contract**   _____

_____

Fort Worth                 TX             76108
_____
City                    State          ZIP Code

_____
Country

---

**2.32**  **State what the contract or lease is for and the nature of the debtor's interest**   Long Term Agreement No. 6500006936, dated as of January 2022 together with all purchase orders issued pursuant thereto

Lockheed Martin Corporation
_____
Name

_____
Notice Name

1 Lockheed Blvd
_____
Address

**State the term remaining**   _____

**List the contract number of any government contract**   _____

_____

Fort Worth                 TX             76108
_____
City                    State          ZIP Code

_____
Country

---

Debtor:   Forrest Machining LLC
_____
Name

Case number *(if known)*:   25-10294
_____

| | | |
|---|---|---|
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Long Term Agreement No. 6500006967, dated as of January 2023 together with all purchase orders issued pursuant thereto |

Lockheed Martin Corporation
_____
Name

_____
Notice Name

1 Lockheed Blvd
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| Fort Worth | TX | 76108 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Long Term Agreement No. 6500006996, dated as of January 2023 together with all purchase orders issued pursuant thereto |

Lockheed Martin Corporation
_____
Name

_____
Notice Name

1 Lockheed Blvd
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| Fort Worth | TX | 76108 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Long Term Agreement No. 6500007374, dated as of January 2023 together with all purchase orders issued pursuant thereto |

Lockheed Martin Corporation
_____
Name

_____
Notice Name

1 Lockheed Blvd
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| Fort Worth | TX | 76108 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Forrest Machining LLC
Name

Case number *(if known)*:  25-10294

| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Long Term Agreement No. 6500007706, dated as of January 2024 together with all purchase orders issued pursuant thereto | Lockheed Martin Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1 Lockheed Blvd |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| | | | | | |
|---|---|---|---|---|---|
| | Fort Worth | | TX | | 76108 |
| | City | | State | | ZIP Code |
| | Country | | | | |

| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Long Term Agreement No. 6500007737, dated as of January 2024 together with all purchase orders issued pursuant thereto | Lockheed Martin Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1 Lockheed Blvd |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| | | | | | |
|---|---|---|---|---|---|
| | Fort Worth | | TX | | 76108 |
| | City | | State | | ZIP Code |
| | Country | | | | |

| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Long Term Agreement No. 6500007805, dated as of January 2024 together with all purchase orders issued pursuant thereto | Lockheed Martin Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1 Lockheed Blvd |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| | | | | | |
|---|---|---|---|---|---|
| | Fort Worth | | TX | | 76108 |
| | City | | State | | ZIP Code |
| | Country | | | | |

Debtor:  Forrest Machining LLC
Name

Case number *(if known)*:  25-10294

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Long Term Agreement No. 6500008002, dated as of January 2025 together with all purchase orders issued pursuant thereto | Lockheed Martin Corporation |
|---|---|---|---|

Name

Notice Name

1 Lockheed Blvd
Address

**State the term remaining**

**List the contract number of**

**any government contract**

| Fort Worth | TX | 76108 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Long Term Agreement No. 6500007776, dated as of January 2024 together with all purchase orders issued pursuant thereto | Lockheed Martin Corporation |
|---|---|---|---|

Name

Notice Name

1 Lockheed Blvd
Address

**State the term remaining**

**List the contract number of**

**any government contract**

| Fort Worth | TX | 76108 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Long Term Agreement No. 6500008610, dated as of January 2025 together with all purchase orders issued pursuant thereto | Lockheed Martin Corporation |
|---|---|---|---|

Name

Notice Name

1 Lockheed Blvd
Address

**State the term remaining**

**List the contract number of**

**any government contract**

| Fort Worth | TX | 76108 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Forrest Machining LLC
_____
Name

Case number *(if known)*: 25-10294

| | | | |
|---|---|---|---|
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Terms and Conditions - Federal Acquisition Regulation (FAR) and Defense Federal Acquisition Regulation Supplement (DFARS) | Lockheed Martin Corporation<br>Name |
| | | | Notice Name |
| | | | 1 Lockheed Blvd<br>Address |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Fort Worth | TX | 76108 |

Country

| | | | |
|---|---|---|---|
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | OKK Equipment | Mitsubishi HC Capital America<br>Name |
| | | | Notice Name |
| | | | One Pierce Place<br>Address |
| | **State the term remaining** | | Suite 1100 |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Itasca | IL | 60143 |

Country

| | | | |
|---|---|---|---|
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Engineering - Software Agreement - First Article Inspection | Net-Inspect<br>Name |
| | | | Notice Name |
| | | | 25 Central Way<br>Address |
| | **State the term remaining** | | Suite 300 |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Kirkland | WA | 98033 |

Country

Debtor:   Forrest Machining LLC
_____
Name

Case number *(if known)*:   25-10294
_____

| | | | | |
|---|---|---|---|---|
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Long Term Agreement No. 4700002495, dated as of February 18, 2021, together with all purchase orders issued pursuant thereto | Northrop Grumman Systems Corporation | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 8710 Freeport Parkway | |
| | **State the term remaining** | | Address | |
| | | | Suite 200 | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | Irving | TX | 75063-2577 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Long Term Agreement No. 4700002534, dated as of May 19, 2022, together with all purchase orders issued pursuant thereto | Northrop Grumman Systems Corporation | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 8710 Freeport Parkway | |
| | **State the term remaining** | | Address | |
| | | | Suite 200 | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | Irving | TX | 75063-2577 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Terms and Conditions - U.S. Government - Firm Fixed Price Order | Northrop Grumman Systems Corporation | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 8710 Freeport Parkway | |
| | **State the term remaining** | | Address | |
| | | | Suite 200 | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | Irving | TX | 75063-2577 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor:  Forrest Machining LLC

Name

Case number *(if known)*  25-10294

| | | |
|---|---|---|
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated Standard Industrial/Commercial Single Tenant Lease - Net, dated as of July 30, 2021 (together with all amendments, addenda, schedules, and exhibits thereto) |

Rexford Industrial - 27712 Avenue Mentry, LLC, successor-in-interest to 27756 Avenue Mentry, LLC

Name

Notice Name

**State the term remaining**

11620 Wilshire Blvd

Address

**List the contract number of**

Suite 1000

**any government contract**

| Los Angeles | CA | 90025 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated Standard Industrial/Commercial Single Tenant Lease - Net, dated as of July 30, 2021 (together with all amendments, addenda, schedules, and exhibits thereto) |

Rexford Industrial - 27712 Avenue Mentry, LLC, successor-in-interest to Avenue Mentry, LLC

Name

Notice Name

**State the term remaining**

11620 Wilshire Blvd

Address

**List the contract number of**

Suite 1000

**any government contract**

| Los Angeles | CA | 90025 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Sage Fixed Assets Software Agreement |

Sage IT Inc.

Name

Notice Name

**State the term remaining**

3535 Victory Group Way, Bldg 4

Address

**List the contract number of**

**any government contract**

| Frisco | TX | 75034 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:    Forrest Machining LLC
          Name

Case number (if known):    25-10294

| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | Information Technology - Software Agreement - Sage Fixed Assets | Sage IT Inc. |
| | | | Name |

|  | | | |
| | | | Notice Name |
| | | | 3535 Victory Group Way, Bldg 4 |
| **State the term remaining** | | | Address |

| **List the contract number of any government contract** | | | |

| | | Frisco | TX | 75034 |
| | | City | State | ZIP Code |

| | | Country |

| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | Engineering - Software Agreement | Saratech |
| | | | Name |

| | | | Notice Name |
| | | | 26054 Acero |
| **State the term remaining** | | | Address |

| **List the contract number of any government contract** | | | |

| | | Mission Viejo | CA | 92691 |
| | | City | State | ZIP Code |

| | | Country |

| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | Information Technology - Software Agreement - Scytec DataXchange (Machine Monitoring Software) | Shop Floor Automations |
| | | | Name |

| | | | Notice Name |
| | | | 5360 Jackson Drive |
| **State the term remaining** | | | Address |
| | | | Suite 202 |

| **List the contract number of any government contract** | | | |

| | | La Mesa | CA | 91942 |
| | | City | State | ZIP Code |

| | | Country |

Debtor:  Forrest Machining LLC
Name

Case number *(if known):*    25-10294

| | | |
|---|---|---|
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Information Technology - Service Agreement - Firewall & Wireless Access Points |

SonicWall, Inc.
Name

Notice Name

1033 McCarthy Blvd
Address

**State the term remaining**

**List the contract number of any government contract**

| | | |
|---|---|---|
| Milpitas | CA | 95035 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | QMS Agreement (Quality- Software) |

Unipoint Software Inc.
Name

Notice Name

1425 Whyte Avenue
Address

**State the term remaining**

Suite 200

**List the contract number of any government contract**

| | | |
|---|---|---|
| Winnepeg | MB | R3E 1V7 |
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | KIP SYS 7172 K6 2 Roll Plotter 2024/36 |

Usbank (IOTEC)
Name

Notice Name

1310 Madrid Street
Address

**State the term remaining**

Suite 101

**List the contract number of any government contract**

| | | |
|---|---|---|
| Marshall | MN | 56258 |
| City | State | ZIP Code |

Country

| Debtor: | Forrest Machining LLC | | Case number *(if known):* | 25-10294 |
|---|---|---|---|---|
| | Name | | | |

**2.57** **State what the contract or lease is for and the nature of the debtor's interest**

Engineering - Software Agreement

Vericut
Name

Notice Name

9000 Research Drive
Address

**State the term remaining**

**List the contract number of any government contract**

| Irvine | CA | 92618-4214 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.58** **State what the contract or lease is for and the nature of the debtor's interest**

Engineering - Software Agreement - ICAM

Vericut (CGTech)
Name

Notice Name

9000 Research Drive
Address

**State the term remaining**

**List the contract number of any government contract**

| Irvine | CA | 92618-4214 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.59** **State what the contract or lease is for and the nature of the debtor's interest**

Engineering - Software Agreement - Vericut

Vericut (CGTech)
Name

Notice Name

9000 Research Drive
Address

**State the term remaining**

**List the contract number of any government contract**

| Irvine | CA | 92618-4214 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Forrest Machining LLC
_____
Name

Case number *(if known)*:  25-10294

| | | |
|---|---|---|
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | Engineering - Software Agreement - Verisurf |

Verisurf Software, Inc.
_____
Name

_____
Notice Name

4907 E. Landon Dr.
_____
Address

**State the term remaining**  _____

**List the contract number of any government contract**  _____

| Anaheim | CA | 92807 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | Engineering - Software Agreement - Verisurf |

Verisurf Software, Inc.
_____
Name

_____
Notice Name

4907 E. Landon Dr.
_____
Address

**State the term remaining**  _____

**List the contract number of any government contract**  _____

| Anaheim | CA | 92807 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | vSphere Support Contract |

VMware LLC
_____
Name

_____
Notice Name

3401 Hillview Avenue
_____
Address

**State the term remaining**  _____

**List the contract number of any government contract**  _____

| Palo Alto | CA | 94304 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Forrest Machining LLC

Case number *(if known)*: 25-10294

Name

2.63 **State what the contract or lease is for and the nature of the debtor's interest**

Anti-Virus Software Agreement (machine PCs)

Webroot Inc.
Name

Notice Name

**State the term remaining**

385 Interlocken Crescent
Address

Suite 800

**List the contract number of any government contract**

| Broomfield | CO | 80021 |
|---|---|---|
| City | State | ZIP Code |

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Forrest Machining LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10294 (LSS)

☐  Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐  No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☒  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Dynamic Aerostructures Intermediate LLC | 27756 Avenue Mentry <br><br>Street <br><br><br><br> Valencia      CA      91355 <br> City          State   ZIP Code <br><br> Country | BMO Harris Bank N.A., as admin agent | ☒ D <br><br> ☐ E/F <br><br> ☐ G |

**Fill in this information to identify the case:**

Debtor Name: In re : Forrest Machining LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10294 (LSS)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/26/2025              ✖ / s / Eric N. Ellis
             MM / DD / YYYY                    Signature of individual signing on behalf of debtor


                                       Eric N. Ellis
                                       Printed name

                                       President and Chief Executive Officer
                                       Position or relationship to debtor

**In re: Forrest Machining LLC**
**Case No. 25-10294**
Schedule A/B 8
Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Cash in advance | ALUMINUM PRECISION PRODUCTS | $22,006.42 |
| Cash in advance | UNIFIED MANUFACTURING, INC | $7,375.00 |
| Cash in advance | UNIFIED MANUFACTURING, INC | $9,787.50 |
| Cash in advance | UNIFIED MANUFACTURING, INC | $6,517.50 |
| Cash in advance | UNIFIED MANUFACTURING, INC | $6,450.00 |
| Cash on delivery | FATIGUE TECHNOLOGIES | $4,581.65 |
| Cash on delivery | FATIGUE TECHNOLOGIES | $9,458.60 |
| Cash on delivery | FATIGUE TECHNOLOGIES | $390.41 |
| Cash on delivery | SERVICE STEEL AEROSPACE CORP | $3,327.75 |
| Cash on delivery | SNK AMERICA INC | $33,443.20 |
| Cash on delivery | SNK AMERICA INC | $33,443.20 |
| | TOTAL: | $136,781.23 |

**In re: Forrest Machining LLC**
**Case No. 25-10294**
Schedule A/B 61
Internet domain names and websites

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| fmiaerostructures.com | $0.00 | | Undetermined |
| fmi-aerostructures.com | $0.00 | | Undetermined |
| fmiproperties.com | $0.00 | | Undetermined |
| forrestmachining.com | $0.00 | | Undetermined |
| forrestmachining.net | $0.00 | | Undetermined |
| orbitalceramics.com | $0.00 | | Undetermined |
| **TOTAL:** | **$0.00** | **TOTAL:** | **Undetermined** |

**In re: Forrest Machining LLC**
**Case No. 25-10294**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Policy | Account number / Policy number | Current value of debtor's interest |
|---|---|---|---|
| Allied World Surplus Lines Insurance Company | Directors' and Officers' Liability | 0313-9449 | Undetermined |
| At-Bay Specialty Insurance Company | Cyber Risk Liability | ATB664546903 | Undetermined |
| Federal Insurance Company | Automobile Liability | 73629260 | Undetermined |
| Federal Insurance Company | General & Property Liability | 36078315 | Undetermined |
| Federal Insurance Company | Umbrella Liability | 936449660 | Undetermined |
| Hartford Fire Insurance Company | Flood - 27712 Avenue Mentry | 6500392899 | Undetermined |
| Hartford Fire Insurance Company | Flood - 27756 Avenue Mentry | 6500395680 | Undetermined |
| Insurance Company of the West | Workers' Compensation | WVE-5062072-03 | Undetermined |
| National Union Fire Insurance Company | Aircraft Products | AP014852944-04 | Undetermined |
| | | **TOTAL:** | **Undetermined** |